# EXHIBIT 4

**Claim Chart for Infringement of U.S. Patent No. 9,113,703**

**by the Ergotech Freedom Desk**

This chart describes infringement of claims 1, 2, 4, and 6-11 of U.S. Patent No. 9,113,703 ("the '703 Patent") by the Ergotech Freedom Desk ("Freedom Desk") as an exemplary product. The Freedom Desk infringes the specified claims literally and under the doctrine of equivalents. The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing. Complainant reserves the right to provide additional theories under which Respondents' products infringe the '703 Patent, or evidence to support its current theories, upon obtaining discovery from Respondents.

| Claim | Claim Text | Accused Product |
|---|---|---|
| 1 | An adjustable desk platform comprising: | Each Accused Product is a height adjustable desk platform.  |
| 1[a] | an upper platform defining a first substantially planar work surface, and a lower surface opposite the work surface; | Each Accused Product includes an upper platform defining a first substantially planar work surface, and a lower surface opposite the work surface.   |
| 1[b] | first and second lower mounting brackets extending below the upper platform, the first and second lower mounting brackets laterally spaced apart from one another; | Each Accused Product includes first and second lower mounting brackets extending below the upper platform, the first and second lower mounting brackets laterally spaced apart from one another.   |

| Claim | Claim Text | Accused Product |
|---|---|---|
| 1[c] | a base located beneath the upper platform, the base defining a bottom surface without legs that is adapted to sit on an existing desk; | Each Accused Product includes a base located beneath the upper platform, the base defining a bottom surface without legs that is adapted to sit on an existing desk.   |
| 1[d] | first and second upper mounting brackets extending upward from the base, the first and second upper mounting brackets laterally spaced apart from one another; | Each Accused Product includes first and second upper mounting brackets extending upward from the base, the first and second upper mounting brackets laterally spaced apart from one another.   |
| 1[e] | first and second sets of arms connecting the first and second lower mounting brackets to the first and second upper mounting brackets, respectively, the first and second sets of arms adapted to move the upper platform substantially in parallel with the base between a fully raised position and a fully lowered position; and | Each Accused Product includes first and second sets of arms connecting the first and second lower mounting brackets to the first and second upper mounting brackets, respectively,   the first and second sets of arms adapted to move the upper platform substantially in parallel with the base between a fully raised position |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | <br>**Fully Raised Position**<br><br>and a fully lowered position.<br><br><br>**Fully Lowered Position** |
| 1[f] | a first locking mechanism associated with the first set of arms, the first locking mechanism comprising a first anchor coupled to the first lower mounting bracket, the first anchor adapted to releasably lock the first set of arms in position with respect to the first lower mounting bracket, and a first handle connected to the lower surface of the upper platform, the first handle user-operable to unlock the first set of arms to permit movement of the upper platform between the fully raised and the fully lowered positions. | Each Accused Product includes a first locking mechanism associated with the first set of arms, the first locking mechanism comprising a first anchor coupled to the first lower mounting bracket, the first anchor adapted to releasably lock the first set of arms in position with respect to the first lower mounting bracket,<br><br>1[f]  |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | <br>Unlocked Position<br><br>Locked Position<br>and a first handle connected to the lower surface of the upper platform, |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | <br><br>the first handle user-operable to unlock the first set of arms to permit movement of the upper platform between the fully raised<br><br>Fully Raised Position<br>and the fully lowered positions.<br><br>Fully Lowered Position |
| | | |
| 2 | The adjustable desk platform of claim 1, wherein the first anchor is resiliently biased toward a position that locks the first set of arms into position with respect to the first lower mounting bracket. | Each Accused Product includes wherein the first anchor is resiliently biased toward a position that locks the first set of arms into position with respect to the first lower mounting bracket. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | |  Locked Position |
| | | |
| 4 | The adjustable desk platform of claim 1, wherein the first and second set of arms are laterally spaced apart from one another, the adjustable desk further comprising: a reinforcement member extending between the first set of arms and the second set of arms. | Each Accused Product includes wherein the first and second set of arms are laterally spaced apart from one another, the adjustable desk further comprising: a reinforcement member extending between the first set of arms and the second set of arms.  |
| | | |
| 6 | The adjustable desk platform of claim 1, further comprising a keyboard tray attached to the upper platform. | Each Accused Product includes a keyboard tray attached to the upper platform. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | |  |
| | | |
| 7 | The adjustable desk platform of claim 1, further comprising: a first spring fixed in position with respect to the first lower mounting bracket, wherein movement of the upper platform toward the fully lowered position extends the first spring. | Each Accused Product includes a first spring fixed in position with respect to the first lower mounting bracket, wherein movement of the upper platform toward the fully lowered position extends the first spring.  |
| | | |
| 8 | The adjustable desk platform of claim 7, further comprising: a second spring fixed in position with respect to the second lower mounting bracket, wherein movement of the upper platform toward the fully lowered position extends the second spring. | Each Accused Product includes a second spring fixed in position with respect to the second lower mounting bracket, wherein movement of the upper platform toward the fully lowered position extends the second spring.  |
| | | |

| Claim | Claim Text | Accused Product |
|---|---|---|
| 9 | The adjustable desk platform of claim 1, further comprising: a first linkage extending between the first handle and the first anchor. | Each Accused Product includes a first linkage extending between the first handle and the first anchor.   |
| | | |
| 10[a] | The adjustable desk platform of claim 1, further comprising: a keyboard tray suspended below the upper platform, the keyboard tray defining first and second lateral ends; | Each Accused Product includes: a keyboard tray suspended below the upper platform, the keyboard tray defining first and second lateral ends.  10[a] |
| 10[b] | a first bracket extending between the first lateral end of the keyboard tray and the lower surface of the upper platform; and a second bracket extending between the second lateral end of the keyboard tray and the lower surface of the upper platform. | Each Accused Product includes a first bracket extending between the first lateral end of the keyboard tray and the lower surface of the upper platform; and a second bracket extending between the second lateral end of the keyboard tray and the lower surface of the upper platform. 10[b]  10[b] |
| | | |
| 11 | The adjustable desk platform of claim 1, further comprising: a second locking mechanism associated with the second set of arms, the second locking mechanism adapted to | Each Accused Product includes a second locking mechanism associated with the second set of arms, the second locking mechanism adapted to releasably lock the second set of arms in position with respect to the second lower mounting bracket. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | releasably lock the second set of arms in position with respect to the second lower mounting bracket. |  11  Unlocked Position |
| | | |