# EXHIBIT 5

**Claim Chart for Infringement of U.S. Patent No. 9,277,809**

**by the Ergotech Freedom Desk**

This chart describes infringement of claims 1-3, 5-18, and 22-27 of U.S. Patent No. 9,277,809 ("the '809 Patent") by the Ergotech Freedom Desk ("Freedom Desk") as an exemplary product. The Freedom Desk infringes the specified claims literally and under the doctrine of equivalents. The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing. Complainant reserves the right to provide additional theories under which Respondents' products infringe the '809 Patent, or evidence to support its current theories, upon obtaining discovery from Respondents.

| Claim | Claim Text | Accused Product |
| --- | --- | --- |
| 1 | An adjustable desk platform comprising: | Each Accused Product is a height adjustable desk platform.<br> |
| 1[a] | an upper platform defining a substantially planar work surface, the upper platform defining a recess; | Each Accused Product includes an upper platform defining a substantially planar work surface, the upper platform defining a recess.<br>1[a]<br><br> |
| 1[b] | a base located beneath the upper platform, the base having a bottom that is adapted to sit on an existing desk; and | Each Accused Product includes a base located beneath the upper platform, the base having a bottom that is adapted to sit on an existing desk.<br><br> |

<table>
<tr><th>Claim</th><th>Claim Text</th><th>Accused Product</th></tr>
<tr><td>1[c]</td><td>first and second sets of arms coupling the upper platform to the base, wherein the first and second sets of arms are adapted for movement of the upper platform substantially in parallel with the base between a raised position and a lowered position;</td><td>Each Accused Product includes first and second sets of arms coupling the upper platform to the base,<br><br><br>wherein the first and second sets of arms are adapted for movement of the upper platform substantially in parallel with the base between a raised position<br><br>Raised Position<br>and a lowered position.<br><br>Lowered Position</td></tr>
<tr><td>1[d]</td><td>a locking mechanism associated with the upper platform, the locking mechanism adapted to releasably lock the upper platform in the raised position, and in at least one intermediate position between</td><td>Each Accused Product includes a locking mechanism associated with the upper platform, the locking mechanism adapted to releasably lock the upper platform in the raised position,</td></tr>
</table>

| Claim | Claim Text | Accused Product |
|---|---|---|
| | the raised position and the lowered position, the locking mechanism comprising a first anchor biased into a locked position to immobilize the first set of arms; | <br>and in at least one intermediate position<br><br>**Intermediate Position**<br>between the raised position<br><br>**Raised Position** |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | and the lowered position,<br><br>Lowered Position<br>the locking mechanism comprising a first anchor biased into a locked position to immobilize the first set of arms.<br><br>Locked Position |
| 1[e] | a second anchor biased into a locked position to immobilize the second set of arms; | Each Accused Product includes a second anchor biased into a locked position to immobilize the second set of arms.<br><br> |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | <br>Locked Position |
| 1[f] | a first handle user-operable to move the first anchor into an unlocked position to permit movement of the first set of arms; and | Each Accused Product includes a first handle user-operable to move the first anchor into an unlocked position to permit movement of the first set of arms.<br><br> |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | |  Unlocked Position |
| 1[g] | a second handle user-operable to move the second anchor into an unlocked position to permit movement of the second set of arms; | Each Accused Product includes a second handle user-operable to move the second anchor into an unlocked position to permit movement of the second set of arms.   |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | |  Unlocked Position |
| 1[h] | the adjustable desk platform further comprising a keyboard tray suspended below the recess in the upper platform, wherein the keyboard tray defines first and second lateral edges; | Each Accused Product includes the adjustable desk platform further comprising a keyboard tray suspended below the recess in the upper platform, wherein the keyboard tray defines first and second lateral edges.   |
| 1[i] | a first support bracket extending between the first lateral edge of the keyboard tray and a first lateral side of the recess; and | Each Accused Product includes a first support bracket extending between the first lateral edge of the keyboard tray and a first lateral side of the recess.   |
| 1[j] | a second support bracket extending between the second lateral edge of the keyboard | Each Accused Product includes a second support bracket extending between the second lateral edge of the keyboard tray and a second lateral side of the recess. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | tray and a second lateral side of the recess; |  |
| 1[k] | wherein the surface area of the keyboard tray is less than one half of the surface area of the upper platform. | Each Accused Product includes wherein the surface area of the keyboard tray is less than one half of the surface area of the upper platform.  |
| | | |
| 2 | The adjustable desk platform of claim 1, wherein the substantially planar work surface is unobstructed. | Each Accused Product includes wherein the substantially planar work surface is unobstructed.  |
| | | |

| Claim | Claim Text | Accused Product |
|---|---|---|
| 3 | The adjustable desk platform of claim 1, wherein the upper platform moves laterally with respect to the base when moved from the lowered position to the raised position. | Each Accused Product includes wherein the upper platform moves laterally with respect to the base when moved from the lowered position  **Lowered Position** to the raised position.  **Raised Position** |
| | | |
| 5 | The adjustable desk platform of claim 1, wherein the first and second support brackets comprise metal brackets. | Each Accused Product includes wherein the first and second support brackets comprise metal brackets.   |
| | | |
| 6 | The adjustable desk platform of claim 1, wherein the first and second lateral sides of the recess in the upper platform are joined by a third side that | Each Accused Product includes wherein the first and second lateral sides of the recess in the upper platform are joined by a third side that is angled with respect to the first lateral side and the second lateral side. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | is angled with respect to the first lateral side and the second lateral side. |  |
| | | |
| 7 | The adjustable desk platform of claim 6, wherein the first and second lateral sides of the recess are transverse to the third side of the recess. | Each Accused Product includes wherein the first and second lateral sides of the recess are transverse to the third side of the recess.  |
| | | |
| 8 | The adjustable desk platform of claim 1, further comprising: a first spring associated with the first set of arms, the first spring adapted to bias the upper platform toward the raised position; and a second spring associated with the second set of arms, the second spring adapted to bias the upper platform toward the raised position. | Each Accused Product includes a first spring associated with the first set of arms, the first spring adapted to bias the upper platform toward the raised position; and a second spring associated with the second set of arms, the second spring adapted to bias the upper platform toward the raised position. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | |  |
| | | |
| 9 | The adjustable desk platform of claim 1, wherein the first and second sets of arms are laterally spaced apart from one another, the adjustable desk platform further comprising: a reinforcement member extending between the first set of arms and the second set of arms. | Each Accused Product includes wherein the first and second sets of arms are laterally spaced apart from one another, the adjustable desk platform further comprising: a reinforcement member extending between the first set of arms and the second set of arms.  |
| | | |
| 10 | The adjustable desk platform of claim 1, wherein the bottom of the base is without legs. | Each Accused Product includes wherein the bottom of the base is without legs.  |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | |
| 11 | An adjustable desk platform comprising: | Each Accused Product is a height adjustable desk platform.<br> |
| 11[a] | an upper platform defining a substantially planar work surface, the upper platform defining a recess; | Each Accused Product includes an upper platform defining a substantially planar work surface, the upper platform defining a recess.<br><br> |
| 11[b] | a base located beneath the upper platform, the base having a bottom that is adapted to sit on an existing desk; and | Each Accused Product includes a base located beneath the upper platform, the base having a bottom that is adapted to sit on an existing desk. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | <br> |
| 11[c] | first and second sets of arms coupling the upper platform to the base, wherein the first and second sets of arms are adapted for movement of the upper platform substantially in parallel with the base between a raised position and a lowered position; | Each Accused Product includes first and second sets of arms coupling the upper platform to the base,<br><br><br>wherein the first and second sets of arms are adapted for movement of the upper platform substantially in parallel with the base between a raised position<br><br>**Raised Position**<br>and a lowered position. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | |  Lowered Position |
| 11[d] | a keyboard tray suspended below the recess in the upper platform, wherein the keyboard tray defines first and second lateral edges; | Each Accused Product includes a keyboard tray suspended below the recess in the upper platform, wherein the keyboard tray defines first and second lateral edges.   |
| 11[e] | a first support bracket extending between the first lateral edge of the keyboard tray and a first lateral side of the recess; and | Each Accused Product includes a first support bracket extending between the first lateral edge of the keyboard tray and a first lateral side of the recess.   |
| 11[f] | a second support bracket extending between the second lateral edge of the keyboard tray and a second lateral side of the recess; | Each Accused Product includes a second support bracket extending between the second lateral edge of the keyboard tray and a second lateral side of the recess.   |

| Claim | Claim Text | Accused Product |
|---|---|---|
| 11[g] | wherein the surface area of the keyboard tray is less than one half of the surface area of the upper platform. | Each Accused Product includes wherein the surface area of the keyboard tray is less than one half of the surface area of the upper platform.<br> |
| | | |
| 12[a] | The adjustable desk platform of claim 11, further comprising: a locking mechanism associated with the upper platform, the locking mechanism adapted to releasably lock the upper platform in the raised position, and in at least one intermediate position between the raised position and the lowered position, | Each Accused Product includes a locking mechanism associated with the upper platform, the locking mechanism adapted to releasably lock the upper platform in the raised position,<br><br> |

| Claim | Claim Text | Accused Product |
| --- | --- | --- |
| | | <br>Locked Position<br><br>Unlocked Position<br>and in at least one intermediate position |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | <br>**Intermediate Position**<br>between the raised position<br><br>**Raised Position**<br>and the lowered position.<br><br>**Lowered Position** |
| 12[b] | the locking mechanism comprising a first anchor biased into a locked position to immobilize the first set of arms; a second anchor biased into a locked position to | Each Accused Product includes the locking mechanism comprising a first anchor biased into a locked position to immobilize the first set of arms; a second anchor biased into a locked position to immobilize the second set of arms. |

| Claim | Claim Text | Accused Product |
| --- | --- | --- |
| | immobilize the second set of arms; |    Locked Position |
| 12[c] | a first handle user-operable to move the first anchor into an unlocked position to permit movement of the first set of arms; and a second handle user-operable to move the second anchor into an unlocked position to permit movement of the second set of arms. | Each Accused Product includes a first handle user-operable to move the first anchor into an unlocked position to permit movement of the first set of arms; and a second handle user-operable to move the second anchor into an unlocked position to permit movement of the second set of arms.   |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | <br>**Unlocked Position** |
| | | |
| 13 | The adjustable desk platform of claim 11, wherein the substantially planar work surface is unobstructed. | Each Accused Product includes wherein the substantially planar work surface is unobstructed.<br> |
| | | |
| 14 | The adjustable desk platform of claim 11, wherein the first and second lateral sides of the recess in the upper platform are joined by a third side that is angled with respect to the first lateral side and the second lateral side. | Each Accused Product includes wherein the first and second lateral sides of the recess in the upper platform are joined by a third side that is angled with respect to the first lateral side and the second lateral side. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | |   |
| | | |
| 15 | The adjustable desk platform of claim 14, wherein the first and second lateral sides of the recess are transverse to the third side of the recess. | Each Accused Product includes wherein the first and second lateral sides of the recess are transverse to the third side of the recess.   |
| | | |
| 16 | The adjustable desk platform of claim 11, wherein the first and second sets of arms are laterally spaced apart from one another, the adjustable desk platform further comprising: a reinforcement member extending between the first set of arms and the second set of arms. | Each Accused Product includes wherein the first and second sets of arms are laterally spaced apart from one another, the adjustable desk platform further comprising: a reinforcement member extending between the first set of arms and the second set of arms. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | |  |
| | | |
| 17 | The adjustable desk platform of claim 11, further comprising: a first spring associated with the first set of arms, the first spring adapted to bias the upper platform toward the raised position; and a second spring associated with the second set of arms, the second spring adapted to bias the upper platform toward the raised position. | Each Accused Product includes a first spring associated with the first set of arms, the first spring adapted to bias the upper platform toward the raised position; and a second spring associated with the second set of arms, the second spring adapted to bias the upper platform toward the raised position.<br> |
| | | |
| 18 | The adjustable desk platform of claim 11, wherein the bottom of the base is without legs. | Each Accused Product includes wherein the bottom of the base is without legs.<br> |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | |
| 22 | An adjustable desk platform comprising: | Each Accused Product is a height adjustable desk platform.<br> |
| 22[a] | an upper platform defining a substantially planar work surface, and a lower surface opposite the work surface; | Each Accused Product includes an upper platform defining a substantially planar work surface, and a lower surface opposite the work surface.<br><br> |
| 22[b] | first and second mounting brackets extending below the lower surface of the upper platform, the first and second mounting brackets laterally spaced apart from one another; | Each Accused Product includes first and second mounting brackets extending below the lower surface of the upper platform, the first and second mounting brackets laterally spaced apart from one another. |

<table>
<tr><th>Claim</th><th>Claim Text</th><th>Accused Product</th></tr>
<tr><td></td><td></td><td>
</td></tr>
<tr><td>22[c]</td><td>a base located beneath the upper platform, the base having a bottom that is adapted to sit on an existing desk;</td><td>Each Accused Product includes a base located beneath the upper platform, the base having a bottom that is adapted to sit on an existing desk.<br>
</td></tr>
<tr><td>22[d]</td><td>first and second sets of arms connecting the base to the first and second mounting brackets, respectively, the first and second sets of arms adapted to move the upper platform substantially in parallel with the base between a raised position and a lowered position; and</td><td>Each Accused Product includes first and second sets of arms connecting the base to the first and second mounting brackets, respectively,<br>
<br>the first and second sets of arms adapted to move the upper platform substantially in parallel with the base between a raised position</td></tr>
</table>

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | <br>**Raised Position**<br><br>and a lowered position.<br><br><br>**Lowered Position** |
| 22[e] | a first locking mechanism associated with the first set of arms, the first locking mechanism comprising a first anchor coupled to the first mounting bracket, the first anchor adapted to releasably lock the first set of arms in position with respect to the first mounting bracket, and a first handle mounted to the lower surface of the upper platform, the first handle user-operable to unlock the first set of arms. | Each Accused Product includes a first locking mechanism associated with the first set of arms,<br><br><br><br>the first locking mechanism comprising a first anchor coupled to the first mounting bracket, the first anchor adapted to releasably lock the first set of arms in position with respect to the first mounting bracket, |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | | <br>Locked Position<br>and a first handle mounted to the lower surface of the upper platform, the first handle user-operable to unlock the first set of arms.<br><br><br><br>Unlocked Position |
| | | |

| Claim | Claim Text | Accused Product |
|---|---|---|
| 23 | The adjustable desk platform of claim 22, wherein the first anchor is resiliently biased toward a position that locks the first set of arms into position with respect to the first mounting bracket. | Each Accused Product includes wherein the first anchor is resiliently biased toward a position that locks the first set of arms into position with respect to the first mounting bracket.  Locked Position |
| | | |
| 24 | The adjustable desk platform of claim 22, wherein the bottom of the base is without legs. | Each Accused Product includes wherein the bottom of the base is without legs.   |
| | | |
| 25 | The adjustable desk platform of claim 22, wherein the first and second sets of arms are laterally spaced apart from one another, the adjustable desk platform further comprising: a reinforcement member extending between the first set of arms and the second set of arms. | Each Accused Product includes wherein the first and second sets of arms are laterally spaced apart from one another, the adjustable desk platform further comprising: a reinforcement member extending between the first set of arms and the second set of arms. |

| Claim | Claim Text | Accused Product |
|---|---|---|
| | |  |
| | | |
| 26 | The adjustable desk platform of claim 22, further comprising a keyboard tray attached to the upper platform. | Each Accused Product includes a keyboard tray attached to the upper platform.  |
| | | |
| 27 | The adjustable desk platform of claim 22, further comprising: a first linkage extending between the first handle and the first anchor. | Each Accused Product includes a first linkage extending between the first handle and the first anchor.  |
| | | |