**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| VARIDESK LLC, | § |
| | § |
| Plaintiff, | § |
| | §  CIVIL ACTION NO. 3:17-CV- |
| v. | §  00904-K |
| | § |
| LUMI LEGEND CORPORATION, | § |
| INNOVATIVE OFFICE | § |
| PRODUCTS LLC, ERGOTECH | § |
| GROUP LLC, TRANSFORM | § |
| PARTNERS LLC d/b/a MOUNT- | § |
| IT!, and MONOPRICE, INC., | § |
| | § |
| Defendants. | § |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff Varidesk LLC voluntarily dismisses with prejudice this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The parties have resolved this action and a responsive pleading has not been filed in this action.  Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated:  July 14, 2017  Respectfully submitted,

By: /s/ Michael Smith
Michael C. Smith
State Bar No. 18650410
Siebman, Burg, Phillips & Smith, LLP
113 E. Austin Street
Marshall, Texas  75670
(903)938-8900 office
(972)767-4620 fax
michaelsmith@siebman.com

Adam R. Hess
ARHess@venable.com
Andrew F. Pratt
AFPratt@venable.com
Martin L. Saad
MLSaad@venable.com
Calvin R. Nelson
CRNelson@venable.com
Tamatane J. Aga
TJAga@venable.com
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4389
Facsimile: (202) 344-8300

*Counsel for Plaintiff Varidesk LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1(e). As such, this document was served on all counsel who have consented to electronic service, on this 14th day of July, 2017.

_____
Michael C. Smith